UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------------X
:
TAURUS BARTLETT, *personally known as Polo G*, :
:
                            Plaintiff, :    23-CV-10345 (JMF)
:
           -v- :    <u>ORDER</u>
:
J. NOAH B.V. et al., :
:
                          Defendants. :
:
---------------------------------------------------------------------X

JESSE M. FURMAN, United States District Judge:

      The Complaint in this case was filed with the Court on November 27, 2023, *see* ECF No. 1, but the docket does not reflect that the Complaint has been served on Defendants. In view of that and the lack of an appearance by Defendants, the initial pretrial conference currently scheduled for March 6, 2024, *see* ECF No. 9, is ADJOURNED to **May 1, 2024**, at **9:00 a.m**.

      If Plaintiff believes that Defendants have been served, Plaintiff shall promptly communicate with the Court, in writing, when and in what manner such service was made. If not, Plaintiff shall promptly file proof of service after service is made. If Plaintiff is unable to effect service under the Hague Convention, Plaintiff shall promptly move for alternative service.

      Finally, Plaintiff is directed (1) to notify Defendants' attorneys in this action by serving upon each of them a copy of this Order and (2) to file proof of such notice with the Court by **February 29, 2024**. If unaware of the identity of counsel for Defendants, counsel receiving this order must forthwith send a copy of this Order to that party personally.

      SO ORDERED.

Dated: February 26, 2024                               _____
      New York, New York                            JESSE M. FURMAN
                                                         United States District Judge