UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X
:
   TAURUS BARTLETT,
:
:
                           Plaintiff,                      :                       23-CV-10345 (JMF)
:
               -v-                                 :                          ORDER
:
   J. NOAH B.V. et al.,
:
:
                        Defendants.               :
:
------------------------------------------------------------------------X

JESSE M. FURMAN, United States District Judge:

       On March 18, 2025, Plaintiff filed a motion to dismiss the sixth counterclaim in Defendants' answer under Rule 12(b) of the Federal Rules of Civil Procedure. Under Rule 15(a)(1)(B), a party has twenty-one (21) days after the service of a motion under Rule 12(b) to amend the pleading once as a matter of course.

       Accordingly, it is hereby ORDERED that Defendants shall file any amended answer by **April 8, 2025**. Pursuant to Local Civil Rule 15.1, available at https://www.nysd.uscourts.gov/rules, any amended pleading should be filed with a redline showing all differences between the original and revised filings. Defendants will not be given any further opportunity to amend the answer to address issues raised by the motion to dismiss.

       If Defendants do amend, by three (3) weeks after the amended answer is filed, Plaintiff shall: (1) file a new motion to dismiss; (2) file a letter on ECF stating that it relies on the previously filed motion to dismiss; or (3) file a letter indicating that it no longer seeks dismissal of the counterclaim. If Plaintiff files a new motion to dismiss, the Court will deny the previously filed motion to dismiss as moot. If Plaintiff files a new motion to dismiss or indicates that he relies on his previously filed motion to dismiss, any opposition shall be filed within fourteen days, and any reply shall be filed within seven days of any opposition.

       If no amended complaint is filed, Defendants shall file any opposition to the motion to dismiss by **April 8, 2025**. Plaintiff's reply, if any, shall be filed by **April 15, 2025**.

       All dates and deadlines otherwise remain in effect.

       SO ORDERED.

Dated: March 20, 2025
       New York, New York                       _____
                                                             JESSE M. FURMAN
                                                          United States District Judge